```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
YOLANDA PASCUAL,                         :
                Plaintiff,               :
                                         :   05 Civ. 6852 (JSR)
     -v-                                 :
                                         :   ORDER
UNION COMMUNITY HEALTH CENTER, et al.,   :
                                         :
                Defendants.              :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-2-07

JED S. RAKOFF, U.S.D.J.

On April 13, 2007, the Honorable Henry B. Pitman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that this action be dismissed without prejudice on the ground that plaintiff has not timely completed service of the summons and complaint.

Plaintiff has failed to file any objection to the Report and Recommendation, and, for that reason alone, has waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses this action sua sponte without prejudice. Clerk to enter judgment.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         May 1, 2007